In the Matter of ELIZABETH A. DEMPSEY, Appellant, against HARRIS H. MURDOCK et al., Constituting the Board of Standards and Appeals of the City of New York, Respondents.

(Submitted July 8, 1936; decided September 29, 1936.)

*Paul Windels, Corporation Counsel (Paxton Blair* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant serves and files undertaking on appeal and pays ten dollars costs within ten days, in which event the motion is denied.